IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01933-AP

Lisa Patel

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Kristina J. Vasold, Esq.
The Sawaya Law Firm, P.C.
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kvasold@sawayalaw.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

ALEXESS REA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-7101
Alexess.rea@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.     Date Complaint Was Filed:** July 25, 2011

     **B.     Date Complaint Was Served on U.S. Attorney's Office:** August 8, 2011

     **C.     Date Answer and Administrative Record Were Filed:** October 4, 2011

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

     There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.   **Plaintiff's Opening Brief Due:** November 30, 2011

B.   **Defendant's Response Brief Due:** December 30, 2011

C.   **Plaintiff's Reply Brief (If Any) Due:** January 13, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

B.   **Defendant's Statement:**   Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27th day of October, 2011.

                                                  BY THE COURT:

                                                  *s/John L. Kane*
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kristina J. Vasold<br>The Sawaya Law Firm, P.C.<br>1600 Odgen Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>E-mail: kvasold@sawayalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br>By:  s/Alexess Rea<br>   Alexess Rea<br>   Special Assistant United States Attorney<br>   1001 Seventeenth Street<br>   Denver, Colorado  80202<br>   Telephone:  (303) 844-7101<br>   Alexess.rea@ssa.gov<br>   Attorneys for Defendant. |